1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  17802 Irvine Blvd
   Suite A117
3  Tustin, CA 92780
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff NGOC LAM CHE
6

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10

| 11 | NGOC LAM CHE, an individual | Case No: 5:19-cv-04757 |
|---|---|---|
| 12 | Plaintiff, | **ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| 13 | vs. | |
| 14 | JOHN J. SHANAHAN, an individual; GRACE E. SHANAHAN, an individual; | |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendant shall be dismissed with prejudice in the above-captioned action. Each party shall bear his or its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED

Dated: February 24, 2020

_____
Hon. Nathanael Cousins
Judge, United States District Court
Northern District of California



**ORDER**
**CASE NO: 5:19-CV-04757**